UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| S.C., | CASE NO. 1:23-cv-00871 |
| Plaintiff, | ORDER |
| | [Resolving Docs. 250, 256, 259] |
| v. | |
| WYNDHAM HOTELS AND RESORTS, INC., et al., | |
| Defendants. | |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

On February 20, 2024, the Court held a status conference with the parties to discuss deposition scheduling disputes. After considering the parties' conference arguments and the filings related to these deposition scheduling disputes,[1] and for the reasons stated on the record during the status conference, the Court orders as follows.

The Court **GRANTS IN PART** and **DENIES IN PART** the Wyndham Defendants' motion for protective order.[2] The 30(b)(6) depositions for Defendants Wyndham Hotels and Resorts, Inc. and Days Inn Worldwide, Inc. will take place on **February 22, 2024 after 12 pm**. Plaintiff shall be limited to **five (5) hours** collectively for the Wyndham and Days Inn depositions.

Plaintiff shall also identify for the Wyndham Defendants the specific depositions and pages from other hotel sex trafficking cases that Plaintiff is requesting to use in this case. Plaintiff shall send the identified page ranges to the Wyndham Defendants by **the end of**

---

[1] Docs. 250, 255, 256, 257, 259
[2] Doc. 250. The Court also **GRANTS** Plaintiff's motion for leave to file a corrected exhibit opposing Wyndham's motion. Doc. 259.

Case No. 1:23-cv-00871
GWIN, J.

today. The Wyndham Defendants shall inform Plaintiff whether they agree to allow those depositions to be used in this case by **5:00 pm on February 21, 2024.**

The Court **GRANTS** the emergency protective order filed by Defendants Six Continents Hotels, Inc., Holiday Hospitality Franchising, LLC, and Crowne Plaza, LLC (the IHG Defendants).[3] The 30(b)(6) deposition for the IHG Defendants is scheduled for **March 11, 2024.**

The deadline for filing summary judgment supplements is **EXTENDED** to **March 14, 2024.**

IT IS SO ORDERED.

Dated: February 20, 2024     *s/   James S. Gwin*
                              JAMES S. GWIN
                              UNITED STATES DISTRICT JUDGE

---

[3] Doc. 256.